William Gordon Lewis, SBN: 95702
**LEWIS & JOHNSON**
595 Market Street, Suite 1350
San Francisco, CA 94105
415-538-1475
415-538–1470-fax
williamgordonlewis@earthlink.net

Eliz. C. A. Johnson, 153852
LEWIS & JOHNSON
Post Office Box 8
Danville, California 94526-0008
925-362-1010
925-362-1015-f
lewisandjohnson@mindspring.com

Attorneys for: Plaintiffs RENO RAPAGNANI, LEANNA DAWYDIAK

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO RAPAGNANI, LEANNA DAWYDIAK, <br><br> Plaintiffs <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, CHIEF OF POLICE HEATHER FONG, LIEUTENANT CHARLES KEOHANE <br><br> Defendants | No. C 3:05-cv-2099 MJJ <br><br> **STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND ORDER THEREON** |

It is hereby stipulated by and between the Plaintiffs in this action and all defendants that in response to Defendant's FRCP Rule 12(b)(6) motion, the Plaintiffs will file a FIRST AMENDED COMPLAINT. The FIRST AMENDED COMPLAINT will drop the THIRD CAUSE OF ACTION entirely and will dismiss

1

1 | from the SECOND CAUSE OF ACTION the individually named defendants.
2 | So Stipulated:
3 |
4 | Dated: August 22, 2005
   | _____
   | WILLIAM GORDON LEWIS
5 | Attorney for Plaintiffs
6 |
7 |
8 | Dated: 8/23/05
   | _____
   | TERENCE HOWZELL
9 | Deputy City Attorney
10 | Attorney for Defendants
11 |
12 | ORDER
13 |
14 | GOOD CAUSE APPEARING THEREFORE, the court hereby Orders that
15 | Plaintiffs may file an amended complaint as set forth in this STIPULATION.
16 |
17 | Dated: 8/30/2005
   | _____
18 | MARTIN J. JENKINS, UNITED
19 | STATES DISTRICT JUDGE.
20 |
...
28 |

2