E-filing

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  TERENCE J. HOWZELL, State Bar #140822
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 5th floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3960
6  Facsimile:    (415) 554-4248
   E-Mail:       terence.howzell@sfgov.org
7

E-filing

FILED

JAN 1 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG
9  AND CHARLES KEOHANE

10

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| RENO RAPAGNANI, LEANNA DAWYDIAK,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CHIEF OF POLICE HEATHER FONG, LIEUTENANT CHARLES KEOHANE,<br><br>Defendants | Case No. C05-2099 MJJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br>Fed. R. Civ. P., Rule 41(a)(1) |

NOT. OF MOT. TO DISMISS                 1          c:\docume~1\elizab~1\applic~1\qualcomm\eudora\attach\003503
CASE NO. C05-2099 MJJ                                                                              34.doc

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-caption action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: January 6, 2006

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
TERENCE J. HOWZELL
Deputy City Attorney
By:_____/s/ Terence J. Howzell_____
TERENCE J. HOWZELL

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG and CHARLES KEOHANE

Dated: January 6, 2006

LEWIS & JOHNSON
WILLIAM G. LEWIS
ELIZ. C.A. JOHNSON

By:_____
Eliz. C.A. Johnson

Attorneys for Plaintiffs
RENO RAPAGNANI and LEANNA DAWYDIAK

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
1/12/2006
DATE

NOT. OF MOT. TO DISMISS
CASE NO. C05-2099 MJJ

2

c:\docume~1\elizab~1\applic~1\qualcomm\eudora\attach\003503
34.doc